UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00281-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. ARMANDO RODRIGUEZ-MARTINEZ,

     Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the trial, it is

ORDERED that all pretrial motions shall be filed by **Thursday, August 21, 2008,** and responses to these motions shall be filed by **Tuesday, September 2, 2008.** It is

FURTHER ORDERED that a hearing on pending motions, if any, and final trial preparation conference is set for **Thursday, September 11, 2008, at 4:00 p.m. in courtroom A-1002** It is

FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, September 22, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: July 17, 2008

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    U. S. District Judge